# Exhibit D

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL
CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA

ASHLEY DAVIS and JOAQUIN JACOME,
on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

Case No. 562015 CA 000814
Collective Action

ARMED FORCES BANK, N.A., ACADEMY BANK, N.A.,
ARMED FORCES BANK, N.A., ACADEMY BANK, N.A.,
SOUTHERN COMMERCE BANK, N.A., and
SUNBANK, N.A.,

    Defendants.
_____/

## ORDER ON UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT OF COLLECTIVE ACTION AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER came before the Court upon Plaintiffs' Unopposed Motion for Order Approving Settlement of Collective Action and Dismissing Action with Prejudice ("Motion"). Having reviewed the Motion, the Parties' settlement papers and the amounts to be paid to the Named Plaintiffs, to the potential claimants, and for Plaintiffs' attorneys' fees and costs, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

Plaintiffs' Motion is GRANTED. The Court finds that the Parties' Settlement in this FLSA action, as described in the Motion and its attachments, is fair, reasonable and just. The Parties' settlement is APPROVED.

This Action is DISMISSED WITH PREJUDICE.

This Court will RETAIN JURISDICTION to enforce the Settlement.

DONE AND ORDERED in Chambers at *open court* 29, St. Lucie County, Florida, this ___ day of July, 2015.

_____
Honorable William L. Roby
CIRCUIT COURT JUDGE

cc: Keith M. Stern, Esq., Shavitz Law Group, P.A., 1515 S. Federal Highway, Suite 404, Boca Raton, Florida 33432, Attorney for Plaintiffs

Justin Swartz, Esq., Outten & Golden LLP, 3 Park Avenue, New York, NY 10016, Attorney for Plaintiffs

Giovanni Angles, Esq., Bryan Cave LLP, 200 S. Biscayne Blvd., Suite 400, Miami, FL 33131, Attorney for Defendants

Elaine Drodge Koch, Esq., Bryan Cave LLP, 1200 Main Street, Suite 3500, Kansas City, Missouri 64105, Attorney for Defendants