# Exhibit E

**** FILED: BROWARD COUNTY, FL Howard C. Forman, CLERK 8/11/2015 3:10:39 PM.****

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CASE NO: CACE15009939

MARY ANN JAGUANDE and
JAIME CORRAL, on behalf of
themselves and all others similarly
situated,

*Plaintiffs*,

v.

BANCO POPULAR NORTH AMERICA
d/b/a POPULAR COMMUNITY BANK,
a New York corporation,

*Defendant.*

_____

*Final Judgment*

**AGREED ORDER ON UNOPPOSED MOTION FOR
FINAL APPROVAL OF SETTLEMENT OF COLLECTIVE ACTION
AND DISMISSING ACTION WITH PREJUDICE**

THIS MATTER came before the Court upon Plaintiff's Unopposed Motion for Final Approval of Settlement of Collective Action and Dismissing Action with Prejudice. Having reviewed the Motion, having reviewed the Parties' settlement papers and the amounts to be paid to Named Plaintiff, Potential Opt-In Plaintiffs, and for Plaintiffs' attorneys' fees and costs, and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

Plaintiff's Motion is GRANTED. The Court finds that the Parties' Settlement in this FLSA action is fair, reasonable and just.

The Parties' settlement is APPROVED. The Claims Administrator is authorized to send the notices and issue the payments pursuant to the terms of the Settlement.

The Settlement, as approved, is inclusive of statutory attorneys' fees and costs.

1

This Action is DISMISSED WITH PREJUDICE as a final judgment.

This Court will RETAIN JURISDICTION to enforce the Settlement.

The case is closed and all pending motions are denied as moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of August, 2015.

_____
Mily Rodriguez Powell, CIRCUIT COURT JUDGE
Seventeenth Judicial Circuit of Florida

Conformed copies to: All counsel of record