# Exhibit G

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 2/9/2016 at 10:14 AM EST and filed on 2/8/2016
**Case Name:**       Bijoux et al v. Amerigroup New York, LLC
**Case Number:**     [1:14-cv-03891-PK](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Peggy Kuo. Status Conference held on 2/8/2016. Attorney Rachel Bien appeared on behalf of plaintiffs. Attorney Heather Havette appeared by phone, on behalf of defendant. The Court grants plaintiff's MOTION [72] for Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement. Plaintiff's counsel will send out notices for members to opt-in or object, and will file a motion for a final approval of the class action settlement. A Fairness Hearing will be held on May 12, 2016 at 10:00, in Courtroom 322 North, before Magistrate Judge Peggy Kuo. (Tape #2:06-2:10.) (Riquelme, Claudia)**


**1:14-cv-03891-PK Notice has been electronically mailed to:**

Troy L. Kessler     tk@shulmankessler.com

Rachel M. Bien     rmb@outtengolden.com, jeff-8964@ecf.pacerpro.com, michelle-leung-3795@ecf.pacerpro.com, ml@outtengolden.com, molly_3611@ecf.pacerpro.com, rachel-bien-og-9036@ecf.pacerpro.com, sbrooks@outtengolden.com

Marijana F Matura     mm@shulmankessler.com

Deirdre Anne Aaron     daaron@outtengolden.com

Heather Havette     hhavette@seyfarth.com, cmcneil@seyfarth.com, dkim@seyfarth.com, oayanbule@seyfarth.com

Garrett D. Kaske     gkaske@shulmankessler.com, skimmel@shulmankessler.com, tforrester@shulmankessler.com

Diana S. Kim     dkim@seyfarth.com, lgardner@seyfarth.com

Olushola Ayanbule     oayanbule@seyfarth.com, lgardner@seyfarth.com

**1:14-cv-03891-PK Notice will not be electronically mailed to:**