Dorothy A. O'Brien
O'Brien & Marquard, P.L.C.
2322 E. Kimberly Road Ste. 100E
Davenport, IA 52807
Telephone: (563) 355-6060
Fax: (563) 355-6666
Email: dao@emprights.com

Justin M. Swartz (*pro hac vice* motion pending)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Fax: (212) 977-4005
E-Mail: jms@outtengolden.com

Gregg I. Shavitz (*pro hac vice* motion forthcoming)
Paolo Meireles (*pro hac vice* motion forthcoming)
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-Mail: pmeireles@shavitzlaw.com

*Attorneys for Plaintiffs and proposed Collective and Class
Members*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MARIA MELLER, DEBRA ANDERSON, CYNTHIA PASH, and EDDIE CAPOVILLA, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST,<br><br>Defendant. | Case No.: 3:18-cv-00033-JAJ-RAW<br><br>**AFFIDAVIT OF GREGG I. SHAVITZ IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICES OF <u>SETTLEMENT</u>** |

I, Gregg I. Shavitz, declare as follows:

      1.      I am a partner and founder of the Shavitz Law Group, P.A. ("SLG") in Boca Raton,

Florida.  SLG is a seven attorney firm based in Boca Raton, Florida with an office in New York, New York, that focuses on representing workers as plaintiffs in employment-related matters, including claims based upon individual and class-wide violations of state and federal wage and hour laws.  Along with lawyers from Outten & Golden LLP ("O&G") and O'Brien & Marquard, P.L.C. ("O&M"), SLG serves as Plaintiffs' Counsel in this matter.

2.      I have been one of the lawyers primarily responsible for prosecuting Plaintiffs' claims on behalf of the collective and class.

3.      I make these statements based on personal knowledge and would so testify if called as a witness.

**Firm and Attorney Background**

4.      I am a graduate of the University of Miami School of Law with an undergraduate degree from Tufts University.

5.      I am an experienced trial attorney and member of the bar of the U.S. District Court for the Southern District of Florida and the Florida Bar since 1994, and am also admitted to U.S. District Courts for the Middle and Northern Districts of Florida, the United States Eleventh Circuit Court of Appeals, and United States Third Circuit Court of Appeals.

6.      Additionally, I have lectured in the past at seminars sponsored by the Labor and Employment Section of the Florida Bar, and have spoken at the Labor and Employment Section Certification Review Seminar on two separate occasions as well as the Academy of Florida Trial Lawyers Workhorse Seminars.  I have also been awarded Florida Trend Magazine's Legal Elite for various years including 2014 and 2015 in the area of Labor & Employment law; Florida Super Lawyers – Super Lawyer, Employment & Labor – 2013-2017; Top Lawyer Up and Comer – Wage and Hour law – 2004, 2006 and 2009; and South Florida Legal Guide – Top Lawyers List – 2009-

2018, among other awards and honors.  I have also earned the distinction of Top Lawyer in Palm

Beach Illustrated (2011) and am a lifelong fellow of the Florida Bar Foundation.

7.      I have held the highest AV Peer Review Rating from LexisNexis Martindale-

Hubbell for preeminent attorneys from 2000 to the present.

8.      My practice concentrates on representing plaintiffs in FLSA cases.  Since the

founding of SLG in 1999, the firm has represented employees in employment-related matters,

including claims based upon individual and class-wide violations of state and federal wage and

hour laws in Florida and across the United States.

9.      Attorney Paolo C. Meireles became an Associate Attorney with SLG in 2012, and

became a Partner in January 2018.  After receiving his Juris Doctor degree from Fordham

University in 2010, he was admitted to the New Jersey and New York Bars in November 2010 and

February 2011, respectively.  Mr. Meireles relocated to Florida and became a member of the

Florida Bar in September 2011.  Mr. Meireles is also admitted to the Second Circuit Court of

Appeals and the U.S. District Courts for the Southern District of Florida, the Middle District of

Florida, the Northern District of Florida, the Northern District of New York, the Southern District

of New York, the District of New Jersey, the Eastern District of Michigan, the Northern District

of Ohio, and the District of Colorado.

10.      Attorney Susan H. Stern was Of Counsel to SLG from 2011 through mid-2017.

Ms. Stern is an employment attorney with 25 years' experience litigating complex commercial and

employment matters as well as wage and hour class/collective cases.  She has represented both

employees and management in federal and state courts throughout the United States and before

various administrative agencies.  Ms. Stern has been a member of the Florida Bar since 1990 when

she received her Juris Doctor degree, *cum laude*, from Georgetown University Law Center.  She

joined SLG in 2011 after garnering years of experience in complex employment litigation with Jackson Lewis LLP in Miami, Florida, and Proskauer Rose in Boca Raton, Florida.  Ms. Stern is admitted to the Florida Bar, the U.S. District Courts for the Southern District of Florida, the Middle District of Florida, the Northern District of Florida, and the District of Colorado, as well as the Eleventh Circuit Court of Appeals.  Ms. Stern also is AV rated by Martindale Hubble.

11.     SLG has significant experience prosecuting wage and hour class and collective actions such as this one.  In recent years, the firm has served or been appointed as class counsel or co-class counsel in the following cases, among others:

*Aboud v. Charles Schwab & Co.*, No. 14 Civ. 2712 (S.D.N.Y.)

*Amador v. Morgan Stanley & Co, LLC.*, Case 11 Civ 4326 (S.D.N.Y.)

*Beckman v. KeyBank, N.A.*, Case No. 12 Civ. 7836 (S.D.N.Y.)

*Besic v. Byline Bank, Inc., et al.*, Case No.15 C 8003 (N.D. Ill.)

*Biscoe-Grey v. Sears Holding Corp.*, Case No. 09-81408-Civ-Marra / Johnson (S.D. Fla.)

*Blum, et al. v. Merrill Lynch & Co., Inc.*, Case No. 15-cv-1636 (S.D.N.Y.)

*Briggs v. PNC Fin. Servs. Gr.*, No. 15 Civ. 10447 (N.D. Ill.)

*Calabresi  v. TD Bank, N.A.,* Case No. 13 Civ. 0637 (E.D.N.Y.)

*Cerrone v. KB Home Florida, LLC et al.*, Case No. 07-14402-Civ-Martinez (S.D. Fla.)

*Clem v. Keybank, N.A.*, Case No. 13 Civ. 789 (S.D.N.Y.)

*Danley v. Office Depot, Inc., et al.*, Case No. 9:14-cv-81469-KAM (S.D. Fla)

*Davis v. Armed Forces Bank, N.A.,* Case No. 562015 CA 000814 (July 29, 2015 Order – Circuit Court 19th Judicial Circuit in & for St. Lucie County).

*Ellerd v. County of Los Angeles,* Case No. CV05-1211 SVW (CWX) (C.D. Cal.)

*Fiore v. Goodyear Tire & Rubber Co.*, Case No. 2:09-CV-843-FtM-29SPC (M.D. Fla.)

*Heitzenrater, et al. v. Officemax, Inc., et al.,* No. 12 Civ. 900S (W.D.N.Y.)

*Hernandez v. Merrill Lynch & Co., Inc., et al.*, Case No. 11 Civ. 8472 (S.D.N.Y.)

*Hirst, et al. v. M&T Bank, et al.*, No. 511428/2015 (N.Y. Sup. Ct.)

*Hosier v. Mattress Firm, Inc.*, Case No. 3:10-cv-00294-TJC-JRK (M.D. Fla.)

*Koszyk v. Country Fin.*, No. 16 Civ. 3571 (N.D. Ill.)

*Lewis v. Iowa College Acq. Corp. & Kaplan Higher Educ. Corp.*, Case No. 08-61011-Civ-Jordan (S. D. Fla.)

*Long v. HSBC USA Inc.*, Case No. 14-cv-6233 (S.D.N.Y.)

*Mancia V. HSBC Securities (USA) Inc.,* No. 9400/2015 (S. Ct. NY)

*Mayfield v. Lennar Corp.*, Case No. 6:08-cv-426-Orl-31-DAB (M.D. Fla.)

*McCue v. MB Financial, Inc. et al.*, Case No. 15 cv 988 (E.D. Ill.)

*Nash v. CVS Caremark Corp.*, Case No. 09 Civ. 79 (D.R.I.)

*Palacio v. E\*TRADE Financial Corp., et al.*, Case No. 10 Civ. 4030 (S.D.N.Y.)

*Patterson v. Palm Beach County School Board*, No. 07 Civ. 80240 (S.D. Fla.)

*Prena v. BMO Financial Corp.*, et al., Case No. 1:14-cv-09175 (N.D. Ill.)

*Puglisi v. TD Bank N.A.*, Case 13 Civ 6037 (E.D.N.Y.)

*Raley v. Kohl's Corporation, et al.*, Case No. 8:09-cv-2340 (M.D. Fla.)

*Reiburn, et al. v. Merrill Lynch & Co., Inc.*, Case No. 15-cv-2960 (S.D.N.Y.)

*Robbins v. Abercrombie & Fitch Co.*, Case No. 15-cv-6187 (W.D.N.Y.)

*Roberts v. TJX Companies, Inc., et al.*, Case No. 13-cv-13142 (D. Mass)

*Romero v. Florida Power & Light Company*, Case No. 6:09-cv-1401-Orl-35-GJK (M.D. Fla.)

*Saliford v. Regions Financial Corp. et al.*, Case No. 10-610310-CIV-Torres (S.D. Fla.)

*Simpkins v. Pulte Home Corporation*, 6:08-cv-00130-PCF-DAB (M.D. Fla.)

*Snodgrass v. Bob Evans Farms, Inc.*, No. 12-cv-768 (S.D. Ohio)

*Stallard v. Fifth Third Bank, et al*, Case No. 2:12-cv-01092 (W.D. Pa.)

*Stewart v. Prince Telecom, et al.*, Case No. 10-civ-4881 (S.D.N.Y.)

*Waggoner v. U.S. Bancorp. et al.,* No. 14-cv-1626 (N.D. Ohio)

*Watson v. BMO Financial Corp., et al.,* No. 15 cv 11881 (E.D. Ill.)

*Wright v. Flagstar Bank FSB et al.*, Case No. 13 Civ. 15069 (E.D. MI.)

*Yuzary v. HSBC Bank USA, N.A.*, Case No. 12 Civ. 3693 (S.D.N.Y.)

*Zeltser v. Merrill Lynch & Co., Inc., et al.*, Case No. 13 Civ 1531 (S.D.N.Y.)

*Zolkos v. Scriptfleet, Inc.*, No. 12 Civ. 8230 (N.D. Ill.)

*      *      *

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: April 12, 2018

Respectfully submitted,

_____

Gregg I. Shavitz