Dorothy A. O'Brien
O'Brien & Marquard, P.L.C.
2322 E. Kimberly Road Ste. 100E
Davenport, IA 52807
Telephone: (563) 355-6060
Fax: (563) 355-6666
Email: dao@emprights.com

Justin M. Swartz (*pro hac vice* motion forthcoming*)*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Fax: (212) 977-4005
E-Mail: jms@outtengolden.com

Gregg I. Shavitz (*pro hac vice* motion forthcoming)
Paolo Meireles (*pro hac vice* motion forthcoming)
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-Mail: pmeireles@shavitzlaw.com

*Attorneys for Plaintiffs and proposed Collective and Class Members*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

**EASTERN DIVISION**

| | |
|---|---|
| MARIA MELLER, DEBRA ANDERSON, CYNTHIA PASH, and EDDIE CAPOVILLA, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST,<br><br>Defendant. | Case No.: 18-cv-00033-JAJ-RAW<br><br>**AFFIDAVIT OF DOROTHY A. O'BRIEN** |

Comes now the undersigned, being first duly sworn and states that the information contained in this affidavit is true and based on my personal knowledge.

1. I have practiced in the employment law area since 1985. I have had many trials, with my share of success. For many years I have been rated AV, highest skills and ethical standards by my peers in the Martindale Hubbell system. I have also been repeatedly named a "super lawyer" in employment law. I graduated from the University of Iowa College of Law in 1984 with high distinction.

2. I have litigated many FLSA cases and I have tried two multi plaintiff FLSA cases, *Artica et al v. J.B. Custom Masonry & Concrete et al, 1:09-cv-03796* E.D.N.Y. and *Cinadr et al v. BE&K and KBR* 3:11-cv-00010 JAJ-RAW. The Artica case resulted in a judgment of more than $3 million for 22 plaintiffs, many of whom spoke only Spanish and required an interpreter for trial. The *Cinadr* case involved the testimony of about 30 witnesses and resulted in a verdict of $1.7 million in lost wages and was settled post trial.

Dated: April 12, 2018.

Subscribed under penalty of perjury.

*/s/Dorothy A. O'Brien*

OUTTEN & GOLDEN LLP
Justin M. Swartz (*pro hac vice* motion forthcoming)
685 Third Ave., 25th Floor
New York, NY 10017
(212) 245-1000
jms@outtengolden.com

SHAVITZ LAW GROUP, P.A.
Gregg I. Shavitz (*pro hac vice* motion forthcoming)
Paolo C. Meireles (*pro hac vice* motion forthcoming)
1515 S. Federal Hwy., Suite 404
Boca Raton, FL 33486
(561) 447-8888
gshavitz@shavitzlaw.com
pmeireles@shavitzlaw.com

Dorothy A. O'Brien
O'Brien & Marquard, P.L.C.
2322 E. Kimberly Road Ste. 100E
Davenport, IA 52807
Telephone: (563) 355-6060
Fax: (563) 355-6666
Email: dao@emprights.com

*Attorneys for Plaintiffs and the proposed Collective and Class Members*