Dorothy A. O'Brien
O'Brien & Marquard, P.L.C.
2322 E. Kimberly Road Ste. 100E
Davenport, IA 52807
Telephone: (563) 355-6060
Fax: (563) 355-6666
Email: dao@emprights.com

Justin M. Swartz (admitted *pro hac vice*)
Sally J. Abrahamson (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Fax: (212) 977-4005
E-Mail: jms@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Paolo Meireles (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-Mail: pmeireles@shavitzlaw.com

*Attorneys for Plaintiffs and proposed FLSA Collective and California Class Members*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| MARIA MELLER, DEBRA ANDERSON, CYNTHIA PASH, and EDDIE CAPOVILLA, on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST,<br><br>        Defendant. | Case No.: 18-cv-00033-JAJ-RAW<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and in the supporting Declaration of Justin M. Swartz ("Swartz Decl."), and the exhibits attached thereto, and the Declarations of Gregg I. Shavitz and Dorothy O'Brien, Plaintiffs respectfully request that the Court enter an Order:

(1)   certifying the California Settlement Class for settlement purposes;

(2)   granting final approval of the California Settlement Class settlement, as set forth in the Settlement Agreement and Release, attached as Ex. A to the Swartz Decl.;

(3)   approving the FLSA settlement; and

(4)   granting such other, further, or different relief as the Court deems just and proper.

\*   \*   \*

Dated: New York, New York
       July 26, 2018                             Respectfully submitted,

                                                 /s/ *Justin M. Swartz*

                                                 OUTTEN & GOLDEN LLP
                                                 Justin M. Swartz (admitted *pro hac vice*)
                                                 Sally J. Abrahamson (admitted *pro hac vice*)
                                                 685 Third Ave., 25th Floor
                                                 New York, NY 10017
                                                 (212) 245-1000
                                                 jms@outtengolden.com

                                                 Dorothy A. O'Brien
                                                 O'Brien & Marquard, P.L.C.
                                                 2322 E. Kimberly Road Ste. 100E
                                                 Davenport, IA 52807
                                                 Telephone: (563) 355-6060
                                                 Fax: (563) 355-6666

Email: dao@emprights.com

SHAVITZ LAW GROUP, P.A.
Gregg I. Shavitz (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
1515 S. Federal Hwy., Suite 404
Boca Raton, FL 33486
(561) 447-8888
gshavitz@shavitzlaw.com
pmeireles@shavitzlaw.com

*Attorneys for Plaintiffs and the Putative Collective and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2018, the above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By: */s/ Justin M. Swartz*
Justin M. Swartz