# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN BELL and KEITH )
COSTANZA on behalf of )
themselves and similarly )
situated employees, )
          Plaintiffs, )
)
      v. ) Civil Action No. 10-0320
)
CITIZENS FINANCIAL GROUP, )
INC., RBS CITIZENS, N.A. )
d/b/a CITIZENS BANK, )
CITIZENS BANK OF )
PENNSYLVANIA d/b/a )
CITIZENS BANK, )
          Defendants. )

**VERDICT FORM**

Instructions: This is the form you will use to deliver your verdict in this case. Please mark your answer to each question clearly with a "✔" mark. Each juror must sign the verdict form once deliberations are complete.

PART I. PLAINTIFFS' OVERTIME CLAIM

    Have the plaintiffs proved, by a preponderance of the evidence, that they worked in excess of 40 hours per week and were not paid overtime for those hours?

        ✔ Yes            ____ No

        If you answered 'Yes' to this question, please proceed to Part II.

        If you answered 'No' to this question, please stop your deliberations and proceed to Part IV.

PART II. EXEMPTIONS

    Has Citizens proved, by a preponderance of the evidence, that the plaintiffs were executive employees, or that the plaintiffs were administrative employees, or that the

1

plaintiffs were both executive and administrative employees?

✓ Yes             ___ No

If you answered 'Yes' to this question, please <u>stop your deliberations</u> and proceed to Part IV.

If you answered 'No' to this question, please proceed to Part III.

PART III. WILLFULNESS

Have the plaintiffs proved, by a preponderance of the evidence, that Citizens willfully ignored its obligation to pay overtime to the plaintiffs?

___ Yes             ___ No

Once you have answered this question, please proceed to Part IV.

PART IV. SIGNATURE

BY THE JURY:

| Juror | Signature | Printed Name |
|---|---|---|
| 1 | *[signed]* | Erin M. Barr |
| 2 | *[signed]* | Maureen L. Cook |
| 3 | *[signed]* | Joseph J. Kaldon, Jr. |
| 4 | *[signed]* | Jennifer K. Kelley |
| 5 | *[signed]* | Matthew P. Matessa |
| 6 | *[signed]* | Vicki L. Michalek |
| 7 | *[signed]* | Lorraine B. Nola |
| 8 | *[signed]* | Corinne B. Trop |

DATE: 4/19/2013