# Exhibit F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
RASHID MUNIR, WAQAR U.R. REHMAN,
SALMAN HAQ, TAHIR M. KHAN,
MOHAMMED N. MALIK and MOHAMMED
A. CHATTHA, on behalf of themselves and on
behalf of all other similarly situated persons,

                    Plaintiffs,

    v.

SUNNY'S LIMOUSINE SERVICE, INC. and
SHAFQAT CHAUDHRY,

                    Defendants.
-------------------------------------------------------------- x

Civil Action No. 13-cv-1581 (VSB)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/15
```

## [PROPOSED] FINAL ORDER GRANTING APPROVAL OF CLASS SETTLEMENT, SERVICE AWARDS TO NAMED PLAINTIFFS, AND ATTORNEYS' FEES AND EXPENSES TO CLASS COUNSEL

WHEREAS, on March 8, 2013, the Complaint was filed in the above-captioned action by Rashid Munir, and was styled as a class and collective action;

WHEREAS, on May 7, 2013, an Amended Complaint was filed which added Plaintiffs Waqar U.R. Rehman, Salman Haq, Tahir M. Khan, Mohammed N. Malik and Mohammed A. Chattha (the "Named Plaintiffs");

WHEREAS, on May 21, 2013, Defendants filed an Answer to the Amended Complaint, denying the causes of action alleged in the Complaint;

WHEREAS, on May 24, 2013, Plaintiffs filed a motion for conditional certification of the FLSA claims, and the Parties, thereafter, stipulated to conditional certification and the sending of a notice to individuals with potential FLSA claims;

WHEREAS, on August 5, 2013, court-approved notices were sent to approximately 489 current and former Drivers employed during the FLSA period and in addition to the six Named Plaintiffs, 97 Drivers opted-in to this action;

WHEREAS, on January 29, 2014, the parties signed a Term Sheet agreement resolving this action on a class-wide basis, that was the result of targeted discovery and substantial arms-length negotiation, including, but not limited to, a full day mediation;

WHEREAS, on or about March 31, 2013, the parties executed the Final Settlement Agreement and Release (the "Settlement Agreement"), which is attached as Exhibit A to the Declaration of David E. Gottlieb, and is incorporated herein by reference.

WHEREAS, all aspects of the Settlement Agreement resolve the Named Plaintiffs' claims as well as the class or collective claims;

WHEREAS, on August 14, 2014, the Court preliminarily approved the Settlement Agreement and ordered the Plaintiffs to submit a Motion for Final Settlement Approval by December 24, 2014 in anticipation of a fairness review hearing on January 7, 2015;

WHEREAS, on or about December 24, 2014, the Plaintiffs' filed an Unopposed Motion for Final Approval of Class Settlement and Service Awards to Named Plaintiffs, and an Unopposed Motion for Approval of Attorneys' Fees and Expenses for Class Settlement;

WHEREAS, the Court has reviewed the Settlement Agreement and the Unopposed Motion for Final Approval of Class Settlement and Service Awards to Named Plaintiffs, and an Unopposed Motion for Approval of Attorneys' Fees and Expenses for Class Settlement; and

WHEREAS, the Court held a fairness review hearing on January 7, 2015 attended by counsel for all parties.

**WHEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Court certifies the Settlement Class of:

> All individuals who worked as a Driver for Sunny's Limousine Sercice, Inc. in New York at any point from March 8, 2007 through January 29, 2014.

2. This Court grants final approval of the Settlement Agreement and all terms set forth in the Settlement Agreement, and finds that the Settlement Agreement is, in all respects, a fair, reasonable, and adequate resolution of Named Plaintiffs' and Class Members' claims.

3. This Court further approves service awards in the amounts of $30,000 to Plaintiff Rashid Munir, $10,000 to Plaintiff Waqar U.R. Rehman, $10,000 to Plaintiff Salman Haq, $10,000 to Plaintiff Tahir M. Khan, $10,000 to Plaintiff Mohammed N. Malik, and $10,000 to Plaintiff Mohammed A. Chattha, to be paid from the Settlement Fund.

4. This Court further approves and awards Class Counsel $1,166,666.67 in attorneys' fees, and $11,636.24 in out-of-pocket expenses to be paid from the Settlement Fund.

5. This Court further approves and awards one-half of the Claims Administrator's, Garden City Group., Inc., fees and costs to be paid from the Settlement Fund.

6. This entire action is dismissed with prejudice, and without costs to any party. With the exception of those who opted-out of the Settlement Agreement, all Named Plaintiffs and Class Members release any and all claims pursuant to the Settlement Agreement.

3

7. The parties having so agreed, good cause appearing, and there being no just reason for delay, this is hereby entered as a final judgment and order approving Class Settlement of the Named Plaintiffs' and Class Members' claims, service awards to the Named Plaintiffs, the payment of attorneys' fees and costs to Class Counsel, and dismissing the entire action.

Dated: January 8, 2015
New York, NY

SO ORDERED:

_____
Honorable Vernon S. Broderick
United States District Court Judge