Dorothy A. O'Brien
O'Brien & Marquard, P.L.C.
2322 E. Kimberly Road Ste. 100E
Davenport, IA 52807
Telephone: (563) 355-6060
Fax: (563) 355-6666
Email: dao@emprights.com

Justin M. Swartz (admitted *pro hac vice*)
Sally J. Abrahamson (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Fax: (212) 977-4005
E-Mail: jms@outtengolden.com

Gregg I. Shavitz (*pro hac vice* motion forthcoming)
Paolo Meireles (*pro hac vice* motion forthcoming)
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-Mail: pmeireles@shavitzlaw.com

*Attorneys for Plaintiffs and proposed FLSA Collective and California Class Members*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MARIA MELLER, DEBRA ANDERSON, CYNTHIA PASH, and EDDIE CAPOVILLA, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST,<br><br>Defendant. | Case No.: 18-cv-00033-JAJ-RAW<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the supporting Declaration of Justin M. Swartz, and the exhibits attached thereto, and the Declarations of Gregg I. Shavitz and Dorothy O'Brien, Plaintiffs respectfully request that the Court enter an Order:

(1) awarding Class Counsel $873,333.33 in attorneys' fees, which represents one-third of the settlement fund;

(2) reimbursing Class Counsel $31,375.72 in out-of-pocket litigation expenses; and

(3) granting such other, further, or different relief as the Court deems just and proper.

\*     \*     \*

Dated: New York, New York
       July 26, 2018

Respectfully submitted,

/s/ *Justin M. Swartz*

OUTTEN & GOLDEN LLP
Justin M. Swartz (admitted *pro hac vice*)
Sally J. Abrahamson (admitted *pro hac vice*)
685 Third Ave., 25th Floor
New York, NY 10017
(212) 245-1000
jms@outtengolden.com

Dorothy A. O'Brien
O'Brien & Marquard, P.L.C.
2322 E. Kimberly Road Ste. 100E
Davenport, IA 52807
Telephone: (563) 355-6060
Fax: (563) 355-6666
Email: dao@emprights.com

SHAVITZ LAW GROUP, P.A.
Gregg I. Shavitz (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
1515 S. Federal Hwy., Suite 404
Boca Raton, FL 33486
(561) 447-8888
gshavitz@shavitzlaw.com
pmeireles@shavitzlaw.com

*Attorneys for Plaintiffs and the Putative Collective and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2018, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        By: */s/ Justin M. Swartz*
                                Justin M. Swartz